## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|                    |     |                          |
|--------------------|-----|--------------------------|
| USA                | )   |                          |
|                    | )   | Case No: 13-cr-279       |
| v.                 | )   |                          |
|                    | )   | Judge:  John Z. Lee      |
| Ken Blackman       | )   |                          |

## **ORDER**

Status hearing held.   During the hearing, the government informed the Court of newly discovered facts regarding one of the audio recordings that was admitted in evidence during the trial.   The government also stated its position that a new trial would be appropriate in light of these new facts.   Based upon these statements and for the reasons stated on the record, Defendant's motion for a new trial [126] is granted.   The briefing schedule previously entered is moot.   The jury verdict rendered on 2/24/14 is vacated.   Defendant's motion for judgment of acquittal [125] which requests that the jury verdict be set aside is denied as moot.   The parties have requested a change of plea date.   A change of plea is set for 6/25/14 at 12:30 p.m.   Time is excluded from 5/21/14 through 6/25/14 without objection in the interests of justice pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to provide the parties additional time for plea negotiations and trial preparations. XT

Date:   5/21/14

_____
John Z. Lee
U.S. District Court Judge

.10